**EXHIBIT 2**

BLUESKYWRF

June 15, 2022

**Tex-Mix Concrete**
Dustin Kleider
PO Box 830
Leander, Texas 78646
512.759.1438
dustin@texmix.com

RE: Blue Sky Water Reclamation Facility
Taylor, Texas
Project # 105197

**SUBJECT: Letter of Intent – Furnish ACIP Grout Mix**

Dear Mr. Kleider,

This will serve as a Letter of Intent from Blue Sky WRF a Sundt and Kiewit Infrastructure South Co. JV (Contractor) to Tex-Mix Concrete (Supplier) for furnishing Auger Cast In Place (ACIP) Grout Mix to the Blue Sky Water Reclamation Facility (Project) located near Taylor, Texas.

It is the Contractor's commitment to contract the batching and delivery of the ACIP grout mix for the Project to Supplier for an approximate quantity of 50,000 CY at the unit rates quoted on June 8, 2022. Final quantities (up or down) will vary based on final design quantities, actual depths of ACIPs to the underlying shale bedrock, and Supplier's performance and supply chain continuity. Due to market instability, pricing will be evaluated every 60 days, with adjustments to current market conditions as can be supported through documentation from Supplier's material sources. Performance will be a measurement of the Supplier's consistency in delivering the daily requested quantities, with allowance for driver hour limits.

Upon completion of an internal review with the Project client by Contractor, the final conformed Purchase Agreement, Special Conditions, and Exhibits (Agreement) will be forwarded for review and comment by Supplier. Both parties shall expeditiously and in good faith negotiate a mutually agreeable contract and acceptable terms and conditions, to include required flow down terms included in Contractor's agreement with Owner, for the Scope of Work to be performed by Supplier. Purchase Order (s) will be provided for initial quantities until such time as Purchase Agreement has been executed by both parties.

This Letter of Award also serves as Supplier's Limited Notice to Proceed for an amount not to exceed $1,000,000 prior to Purchase Order being in place. Supplier should make needed arrangements, including materials and drivers, to begin providing grout mix to the Project beginning June 24, 2022. This date may vary as we work with the Engineer of Record to address the sulfate resistance requirement for the grout mix.

In the event of suspension or termination prior to a signed Purchase Agreement, Supplier shall be entitled to actual costs incurred to date in accordance with the terms of the initial Purchase Order. Upon execution of the Agreement, all cancellation charges shall be in accordance with the terms of the Agreement and this Letter of Intent and the Purchase Order will be superseded by the Agreement.

BLUESKYWRF

Evidence of Insurance must be submitted prior to any payment or deliveries to the site can occur.

**Limited Scope of Work:** Approximately 35,000 CY of 5,500 psi Grout Mix in accordance with Supplier's submittals and Project-approved mix design. All Project specifications for ACIP grout apply. Structural concrete, if awarded, would occur separately from this grout mix award.

**Tentative Schedule:** Proposed grout mix delivery rate to the Project site in Taylor, Texas of 400-600 CY per day. Deliveries would be made using a minimum of 12 trucks from Supplier, supplemented with trucks from Contractor. Contractor will be operating 12 hours per day, up to 6 days per week, excluding major holidays. Early quantity needs will be coordinated with Supplier and may include lesser daily quantities during an initial ramp up period.

**Award Date:** June 15, 2022

Please sign and return a copy of this Letter of Intent via email as receipt and acknowledgement of this award.

Received and agreed to for ______________________________________________
Name / Title Dated

Sincerely,

*Joseph Miller*

Blue Sky WRF a Sundt Kiewit Infrastructure South Co. JV
Joseph Miller
Project Executive